CLAUSEN MILLER P.C.
28 Liberty St., 39th Floor
New York, NY 10005
*Attorneys for Defendant Granite State Ins. Co.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------X
938 CRESCENT AVENUE, LLC and
SEAVIEW PLASTIC RECYCLING, INC.,

        Plaintiffs,

  -against-

GRANITE STATE INSURANCE
COMPANY

        Defendant.
---------------------------------------------X

CIVIL ACTION

No.: 3:16-CV-164

## NOTICE OF PETITION FOR REMOVAL

**PLEASE TAKE NOTICE** that defendant GRANITE STATE INSURANCE COMPANY, by and through the undersigned counsel, hereby removes the above-captioned action pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1446, 28 U.S.C. § 1332(a)(1), Fed. R. Civ. P. 81(c), and the Connecticut District Court's Standing Orders on Removed Cases, from the Superior Court of Connecticut, Judicial District of Fairfield, to the United States District Court for the District of Connecticut. This action is styled *938 Crescent Avenue, LLC v. Granite State Insurance Company*, Docket No.: FB-CV16-6054736-S (the "State Court Action"). The grounds for Removal are as follows:

1.    On or about January 4, 2016, Plaintiff 938 Crescent Avenue, LLC and Plaintiff Seaview Plastic Recycling, Inc. (collectively, "Plaintiffs") commenced this civil action in the Connecticut Superior Court, Judicial District of Fairfield, by filing a Summons, Complaint and

1

Demand for Relief (collectively, the "Summons and Complaint"). A true and accurate copy of the Summons and Complaint is attached hereto as Exhibit "A" in accordance with 28 U.S.C. § 1446(a).

2. On or about January 4, 2016, a copy of the Summons and Complaint was served with the Insurance Commissioner for the State of Connecticut. Thus, this Notice of Petition For Removal is being timely filed under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of service.

3. Plaintiffs are Connecticut corporations with their principal places of business in Connecticut. All known members of Plaintiff 938 Crescent Avenue, LLC are citizens of Connecticut.

4. Defendant Granite State Insurance Company is organized under the laws of the state of Illinois and has its principal place of business in New York, New York.

5. Paragraphs 7 & 8 of the Complaint filed by Plaintiffs in the State Court Action allege that Defendant "failed or refused to pay the full amount of the damages owed under the policy of insurance" issued to Plaintiffs for a claim related to water damage that occurred on January 7, 2014. The amount that Plaintiffs claim they are owed under the policy of insurance for that claim is in excess of $75,000.

6. Thus, this Court has subject matter jurisdiction under 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interests, and is between the citizens of different states.

7. Jurisdiction is properly laid in this Court pursuant to 28 U.S.C. § 1441(a) because it is the district and division embracing the place where such action is pending.

8. Venue is properly laid in this Court pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 86, as the Federal District for the State of Connecticut is the Judicial District in which the underlying claim was commenced in State Court and Connecticut constitutes one judicial district.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Petition For Removal is being served upon counsel for Plaintiffs and a copy is also being filed with the Clerk of the Court for the Superior Court of Connecticut, Judicial District of Fairfield.

10. With respect to, and in compliance with, the Local Standing Orders of the District Court of Connecticut, notification is being served on Plaintiffs' counsel, at the address set forth below, regarding the requirement for counsel to file a Notice of Appearance with the Clerk of this Court forthwith pursuant to Rule 5(a) of the Local Rules of Civil Procedure for the District of Connecticut.

11. With respect to, and in compliance with, the Local Standing Orders of the District Court of Connecticut, a Notice of Appearance is being filed in conjunction with this Notice of Petition For Removal.

12. With respect to, and in compliance with, the Local Standing Orders of the District Court of Connecticut, a certified statement of compliance with Local Civil Rule 5(b), is being filed in conjunction with this Notice of Petition For Removal.

13. With respect to, and in compliance with, the Local Standing Orders of the District Court of Connecticut, a Notice of Pending Motions is being filed in conjunction with this Notice of Petition For Removal.

14. A certified statement, pursuant to, and in compliance with, the United States District Court for the District of Connecticut's Standing Order for Counsel for Cases Removed from Superior Court is being filed in conjunction with this Notice of Petition For Removal.

15. With respect to, and in compliance with, FRCP 7.1 and the Local Standing Orders of the District Court of Connecticut, a Disclosure Statement regarding corporate ownership being filed in conjunction with this Notice of Petition For Removal.

16. No previous application has been made for the relief requested herein.

**WHEREFORE**, defendant GRANITE STATE INSURANCE COMPANY respectfully request that this State Court Action be removed from the Superior Court of Connecticut, Judicial District of Fairfield to the United States District Court for the District of Connecticut, and that it proceed in this Court as an action properly removed thereto.

Dated: New York, New York
February 2, 2016

                                        Respectfully submitted,

                                        CLAUSEN MILLER P.C.

By:  */s/ Courtney E. Murphy*
      Courtney E. Murphy, Esq. (ct29638)
      *Attorneys for Defendant*
      GRANITE STATE INSURANCE COMPANY
      28 Liberty Street, 39th Floor
      New York, New York 10005
      Ph. (212) 805-3900
      Fx. (212) 805-3939
      cmurphy@clausen.com

To:  Michael S. Lynch, Esq. (Juris No. 306776)
      Bai, Pollock, Blueweiss & Mulcahey, P.C.
      Two Corporate Drive, Suite 950
      Shelton, CT 06484
      Tel 203.925.8100
      Fax 203.925.8101

# EXHIBIT A



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

null / ALL
Transmittal Number: 14643844
Date Processed: 01/05/2016

| | |
|---|---|
| **Primary Contact:** | Eric Manne - 18th Floor<br>AIG Property Casualty<br>175 Water Street<br>Floor 15th<br>New York, NY 10038 |
| **Entity:** | Granite State Insurance Company<br>Entity ID Number  0606088 |
| **Entity Served:** | Granite State Ins Co |
| **Title of Action:** | 938 Crescent Avenue, LLC vs. Granite State Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Fairfield At Bridgeport Superior Court, Connecticut |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | Connecticut |
| **Date Served on CSC:** | 01/05/2016 |
| **Answer or Appearance Due:** | 02/02/2016 |
| **Originally Served On:** | CT Insurance Commissioner on 01/04/2016 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Michael S. Lynch<br>203-925-8100 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

## *STATE OF CONNECTICUT*
## OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

This is to certify that the foregoing is a copy of a process served upon me, a person in the office of the Insurance Commissioner of Connecticut, designated by her, pursuant to the statute in such cases made and provided, as one upon whom, in her absence, service of process may be made, upon an insurance company, corporation or association, with the same force and effect as though made on such commissioner personally.

January 04, 2016                                                                                          1:30 pm

*Katharine L. Wade*
*Insurance Commissioner*



## *STATE OF CONNECTICUT*
## OFFICE OF INSURANCE COMMISSIONER

P.O. BOX 816
HARTFORD, CT 06142-0816

GRANITE STATE INS CO
CORPORATION SERVICE CO
50 WESTON ST
HARTFORD CT 06120-1537

**Pursuant to the statute in such cases made and provided, I forward herewith a copy of the process served as set forth in the certificate thereto attached.**

Respectfully yours,

*Katharine L. Wade*
*Insurance Commissioner*

R.D. 1:30
1/4/16

# SUMMONS - CIVIL
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 1061 Main Street, Bridgeport, CT 06604 | (203) 579-6527 | February 2, 2016 |

| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Bridgeport | Case type code (See list on page 2) Major: C   Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Michael S. Lynch, Bai, Pollock, Blueweiss & Mulcahey, P.C., 2 Corporate Dr., Shelton, CT 06484 | 306776 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| (203) 925-9100 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) mlynch@baipollock.com |
|---|---|---|

| Number of Plaintiffs: 2 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: 938 Crescent Avenue, LLC<br>Address: 938 Crescent Avenue, Bridgeport, CT 06607 | P-01 |
| Additional Plaintiff | Name: Seaview Plastic Recycling, Inc.<br>Address: 938 Crescent Avenue, Bridgeport, CT 06607 | P-02 |
| First Defendant | Name: Granite State Insurance Company, 175 Water Street, 18th Fl., New York, NY 10038<br>Address: c/o Agent for Service: Connecticut Commissioner of Insurance, 153 Market Street, Hartford, CT 06103 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Michael S. Lynch | Date signed 01/04/2016 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

ATTEST: A TRUE COPY

BRIAN FRANCIS ZITO
CONNECTICUT STATE MARSHAL
CONSTABLE-INDIFFERENT PERSON

| | | |
|---|---|---|
| RETURN DATE: FEBRUARY 2, 2016 | : | SUPERIOR COURT |
| 938 CRESCENT AVENUE, LLC | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| GRANITE STATE INSURANCE COMPANY | : | JANUARY 4, 2016 |

## COMPLAINT

**FIRST COUNT:** (Breach of Contract)

1. The plaintiff, 938 Crescent Avenue, LLC, is a limited liability company with a principal place of business located at 938 Crescent Avenue in Bridgeport, Connecticut.

2. The plaintiff, Seaview Plastic Recycling, Inc. is a Connecticut corporation with a principal place of business located at 938 Crescent Avenue in Bridgeport, Connecticut.

3. The defendant, Granite State Insurance Company, is a company engaged in the business of insurance, with an office and place of business in New York, New York. The defendant is licensed and authorized to transact business in the State of Connecticut.

4. Prior to November 15, 2013, the defendant issued a commercial package policy of insurance to the plaintiffs, effective November 15, 2013 to November 15, 2014, bearing policy # 02-LX-

011738879-1/000.

5. This commercial policy of insurance provided property insurance for the building located at 938 Crescent Avenue, Bridgeport, CT 06607, as well as other coverages set forth in the policy of insurance, including, but not limited to, contents and loss of business use and interruption.

6. At all times relevant herein, the plaintiffs had paid all premiums due as required by the policy of insurance, and had complied with all of the terms and conditions of the policy.

7. The policy was in full force and effect on January 7, 2014, when the sprinkler system pipes froze at 938 Crescent Avenue and resulted in substantial water damage at the insured premises.

8. The plaintiffs submitted a claim to the defendant, in accordance with the policy provisions, for their property damages and other losses caused by the water damage, but the defendant has failed or refused to pay the full amount of the damages owed under the policy of insurance.

9. By failing or refusing to pay the plaintiffs the full amount of their damages, pursuant to the subject policy of insurance,

2

the defendant has breached its contract with the plaintiffs.

10. As a result of the defendant's breach of contract, the plaintiffs have sustained damages.

SECOND COUNT: (Breach of the Covenant of Good Faith and Fair Dealing)

1-8. Paragraphs 1 through 8, inclusive, of the First Count are hereby incorporated and made Paragraphs 1 through 8, inclusive, of the Second Count, as if fully set forth herein.

9. The policy of insurance issued by the defendant created a duty on the part of the defendant to act in good faith and to not unreasonably withhold payment due to the plaintiffs.

10. Despite the defendant's compliance with all of the terms and conditions set forth in the policy of insurance, the defendant engaged in a campaign to delay and deny coverage to the plaintiff despite its knowledge that no reasonable basis existed under the policy to do so.

11. The defendant acted in bad faith because it failed to conduct a reasonable and timely investigation of the plaintiffs' claims, failed to pay benefits in a timely manner, engaged in unfair insurance settlement practices, and engaged in conduct that impaired

3

the plaintiffs' right to receive some or all of the benefits to which they were entitled under the policy.

12. The plaintiffs made repeated requests to the defendant for payment of the full benefits to which they were entitled under the policy of insurance, but the defendant ignored, disregarded and/or refused to consider the plaintiffs' settlement, claim and/or entitlement to these full benefits.

13. As a result, the defendant acted in bad faith and the plaintiffs have sustained damages as a result of this bad faith.

**THIRD COUNT:** (Connecticut Unfair Trade Practices Act)

1-13. Paragraphs 1 through 8, inclusive, of the First Count are hereby incorporated and made Paragraphs 1 through 8, inclusive, of the Third Count, as if fully set forth herein.

14. By failing or refusing to pay the plaintiffs the full amount of their claim, as required by the policy of insurance, the defendant has committed an unfair business practice, prohibited by the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §42-1001a et. seq., and as a result, has violated the Connecticut Unfair Insurance Practices Act, Conn. Gen. Stat. §38a-815 et seq.

4

15. The defendant, along with its affiliates or subsidiaries, has, and continues to, engage in insurance misconduct in this and other cases by unduly narrowly and improperly interpreting the provisions of its insurance policies in an effort to deny, diminish or reduce the payments it owes to its insureds and by not attempting to settle claims in good faith.

16. The defendant, along with its affiliates and subsidiaries, has committed or performed such unfair claim settlement practices with such frequency as to constitute a general business practice.

17. As a result of the defendant's violation of CUIPA and/or CUTPA, the plaintiffs have sustained damages.

THE PLAINTIFF

BY: *[signature]*
Michael P. Lynch
of
Bai, Pollock, Blueweiss
& Mulcahey, P.C.

ATTEST: A TRUE COPY

*[signature]*

BRIAN FRANCIS ZITO
CONNECTICUT STATE MARSHAL
CONSTABLE-INDIFFERENT PERSON

5

| | | |
|---|---|---|
| RETURN DATE: FEBRUARY 2, 2016 | : | SUPERIOR COURT |
| 936 CRESCENT AVENUE, LLC | : | J.D. OF FAIRFIELD |
| VS. | : | AT BRIDGEPORT |
| GRANITE STATE INSURANCE COMPANY | : | JANUARY 4, 2016 |

## DEMAND FOR RELIEF

Wherefore, the plaintiff claims:

1. Compensatory damages;

2. Punitive damages (Second and Third Counts);

3. Costs;

4. Reasonable Attorney's Fees (Third Count); and

5. Such other relief as the court deems proper.

The amount, legal interest or property in demand, exclusive of interest and costs, is in excess of Fifteen Thousand ($15,000.00) Dollars.

THE PLAINTIFF

BY: *[signature]*
Michael S. Lynch
of
Bai, Pollock, Blueweiss
& Mulcahey, P.C.

ATTEST: A TRUE COPY

*[signature]*
BRIAN FRANCIS ZITO
CONNECTICUT STATE MARSHAL
CONSTABLE-INDIFFERENT PERSON

6

STATE OF CONNECTICUT
INSURANCE DEPARTMENT
P.O. BOX 816
HARTFORD, CT 06142-0816

7015 1520 0003 1652 1128

Return Receipt Requested
Showing Address
Where Delivered

GRANITE STATE INS CO
CORPORATION SERVICE CO
50 WESTON ST
HARTFORD CT 06120-1537

U.S. POSTAGE PITNEY BOWES
ZIP 06103
02 1W
0003819930 JAN 04 2016